**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KITTY SHAFFER,

        Plaintiff,

V.                                                    Case No:  6:11-cv-1419-Orl-36GJK

OMKARAM LODGING, INC. and
RAJESHKUMAR DAHYA,

        Defendants.
_____/

**ORDER**

        This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on April 24, 2012 (Doc. 38).  In the Report and Recommendation, Judge Kelly recommends that this action be dismissed for Plaintiff Kitty Shaffer's ("Plaintiff") failure to prosecute her case, which alleges violations of the Fair Labor Standards Act ("FLSA").  Neither party has objected to the Report and Recommendation and the time to do so has expired.

        The Court is in agreement with the Magistrate that due to Plaintiff's counsel's inability to communicate with Plaintiff and Plaintiff's apparent desire not to prosecute her claims, this case should be dismissed.  *See* M.D.Fla. Local Rule 3.10(a).  Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

        Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 38) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. This action is **DISMISSED**, without prejudice.

3. The Clerk is directed to send a copy of this Order to Plaintiff Kitty Shaffer at the last address provided to the Court: 2880 North Poinciana Blvd, Kissimmee, Florida, 34746.

4. The Clerk is directed to terminate all deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD
PLAINTIFF KITTY SHAFFER
U.S. MAGISTRATE JUDGE GREGORY J. KELLY